UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Jorge Luis SOSA, | Case No.: 22-cv-1022-AGS-BLM |
|---|---|
| Petitioner, | **ORDER SEALING HABEAS PETITION (ECF 1) AND COMPELLING PLAINTIFF TO REFILE REDACTED VERSION** |
| v. | |
| O'Brian BAILEY, Warden, et al., | |
| Respondents. | |

The petition for a writ of habeas corpus improperly includes repeated references to the minor victims' first names. (*See generally* ECF 1.) Such a filing must "include only . . . the minor's initials." Fed. R. Civ. P. 5.2(a)(3). Thus:

(1) The Clerk is ordered to **SEAL** the habeas petition (ECF 1).

(2) By **April 9, 2025**, Sosa must refile the petition with only two changes:

  a. Replace all uses of the minors' names with their initials; and

  b. Caption the document: "REFILED PETITION FOR WRIT OF HABEAS CORPUS FOR THE PUBLIC RECORD, PER COURT ORDER."

*See* Fed. R. Civ. P. 5.2(d) ("The court may order that a filing be made under seal without redaction" and "order the person who made the filing to file a redacted version for the public record.").

Dated: April 2, 2025

_____
Hon. Andrew G. Schopler
United States District Judge